# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MARC KAPSALIS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:22-cv-00166-RDP |
| **DEAN SICKING, et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than ninety (90) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

If the court reopens this case for any reason, the parties will return to the same positions they occupied in this litigation as of January 24, 2023.

**DONE** and **ORDERED** this January 24, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE