# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARC KAPSALIS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:22-cv-00166-RDP |
| **DEAN SICKING, et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 39), filed June 8, 2023, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this June 9, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE